RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

MARGARET S. SHOLIAN
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
Wash. State Bar No. 51444
202-514-5900 (o)
202-514-4963 (f)
Margaret.S.Sholian@usdoj.gov
Attorney for the United States

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

UNITED STATES OF AMERICA,

      Petitioner,

v.

SUMMIT DCK, LLC,

      Respondent.
_____)

**MOTION TO COMPEL COMPLIANCE WITH THIRD PARTY SUBPOENA**

The United States of America respectfully moves the Court for an order compelling Summit DCK, LLC to comply with a subpoena *duces tecum* issued in the above-captioned case. In support of its motion, the United States shows as follows:

1. On September 12, 2019, a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action was issued to Summit DCK, LLC in the civil action *DCK International, LLC, et al. v. United States of America*,

1

No. 1:18-cv-24254-MGC (S.D. Fla.). Declaration of Margaret S. Sholian ("Sholian Decl.") ¶2, Ex. A.

2. The United States served the Subpoena on Summit DCK, LLC at its registered agent in Phoenix, Arizona on September 16, 2019. *Id.* ¶3, Ex. B.

3. Summit DCK, LLC's principal place of business is 877 E. Via De Venture, Phoenix, Arizona 85258. *DCK International, LLC*, No. 1:18-cv-24254-MGC (S.D. Fla.) (ECF No. 1 ¶41). Accordingly, the Subpoena required Summit DCK, LLC to produce responsive documents within 100 miles of its address by September 27, 2019 at 9:30 a.m. at the United States Attorney's Office in Phoenix, Arizona or, if more convenient, by sending documents by private carrier to trial counsel for the United States' office in Washington, D.C. *Id.* Ex. A.

4. Summit DCK, LLC failed to respond to the Subpoena by September 27, 2019 or otherwise contact trial counsel for the United States in connection with the Subpoena. *Id.* ¶5.

5. The discovery deadline in the underlying civil action is currently set for November 29, 2019. *DCK International, LLC*, No. 1:18-cv-24254-MGC (ECF No. 20).

6. Under Federal Rule of Civil Procedure 45(a)(1)(D), "[a] command in a subpoena to produce documents, electronically stored information, or tangible things requires the responding person to permit inspection, copying, testing, or sampling of the materials." A Rule 45 subpoena may command production of documents at a place within 100 miles of where the Person regularly transacts business. Fed. R. Civ. P. 45(c)(2)(A). "At any time, on notice to the commanded person, the serving party may move the court

for the district where compliance is required for an order compelling production or inspection." Fed. R. Civ. P. 45(d)(2)(B)(i).

7. The United States is seeking compliance with a subpoena issued from the United States District Court for the Southern District of Florida, the court where the action is pending, and provides for the production of documents in Phoenix, Arizona, which is within 100 miles of Summit DCK, LLC's principal place of business. Sholian Decl. ¶4, Ex. A.

8. On October 10, 2019, the trial counsel for the United States became aware that Leech Tishman Fuscaldo & Lampl was representing Summit DCK, LLC in connection with this matter. *Id.* ¶6.

9. Trial counsel for the United States conferred and attempted to confer in good faith with counsel for Summit DCK, LLC, William Buck, prior to the filing of this motion. *Id.* ¶7. The parties were unable to come to a resolution regarding the production of documents responsive to the Subpoena. *Id.* ¶8.

10. To date, the United States has not received any response or objections to the subpoena from Summit DCK, LLC. *Id.* ¶9.

11. Trial counsel for the United States provided notice to Plaintiffs in the underlying civil action that it would seek compliance with the Subpoena to Summit DCK, LLC. *Id.* ¶10.

12. The United States requests the Court enter an Order compelling Summit DCK, LLC to comply with the Subpoena.

Dated:  November 4, 2019	Respectfully submitted,

	RICHARD E. ZUCKERMAN
	Principal Deputy Assistant Attorney General

	*/s/Margaret S. Sholian*
	MARGARET S. SHOLIAN
	Wash. Bar Number: 51444
	Trial Attorney, Tax Division
	U.S. Department of Justice
	P.O. Box 14198
	Washington, D.C. 20044
	202-514-5900 (o)
	202-514-4963 (f)
	Margaret.S.Sholian@usdoj.gov
	*Attorney for the United States*


Of Counsel:

MICHAEL BAILEY
United States Attorney
District of Arizona

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 4th of November, 2019, I filed the foregoing document with the Clerk of Court and on the same date I mailed the document by United States Postal Service and by electronic mail to counsel for Summit DCK, LLC at the following address:

William Buck
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Pl.
Pittsburgh, Pennsylvania 15219
wbuck@leechtishman.com

                                                *s/Margaret S. Sholian*
                                                Trial Attorney
                                                United States Department of Justice
                                                Tax Division